# Third District Court of Appeal

## State of Florida

Opinion filed July 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1230
Lower Tribunal No. 16-7099
_____

**Richard Dimosi Diasolwa,**
Appellant,

vs.

**Alexa Burneikis,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, David Young, Judge.

Nancy A. Hass, P.A., and Nancy A. Hass (Fort Lauderdale), for appellant.

Marks & West, P.A., and Evan R. Marks and Carolyn W. West, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Dabas v. Boston Invs. Grp., Inc.</u>, 231 So. 3d 542, 545–46 (Fla. 3d DCA 2017) (explaining the difference between void and voidable judgments and providing that determination of a void or voidable judgment is reviewed de novo); Fla. R. Civ. P. 1.540(b) (providing that a motion for relief from a voidable judgment must be brought within a year of the judgment).